UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIELLE JONES<br>O/B/O NJIB (a minor),<br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security Administration,<br>    Defendant. | Case No. 2:14-CV-06000-CJC-AS<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. section 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: April 24, 2015

_____/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE