James M. Dolenga – California Bar No. 174447
609 Deep Valley Drive
Suite 200
Rolling Hills Estates, CA 90274
(866) 772-5299
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| [REDACTED] JONES O/B/O NJIB<br><br>Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin,<br><br>Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:14-CV-06000-CJC-AS<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,393.88 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: July 2, 2015

                                             / s /
                            THE HONORABLE ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE